OPINION — AG — ** TAX — FEES — COUNTY OFFICERS ** NEITHER THE COURT CLERK OF TULSA COUNTY, NOR ANY DEPUTY APPOINTED SUCH CLERK, IS A DEPUTY, ASSISTANT, SIDE, STENOGRAPHER, TECHNICIAN OR OTHER SUBORDINATE EMPLOYEE IN THE OFFICE OF JUDGE OR THE JUDGES OF SAID COURT, WITHIN THE MEANING OF 19 O.S. 179.1 [19-179.1] (SALARIES, WAGES, EMPLOYEES OF THE COURT POSITIONS) CITE: 20 O.S. 662 [20-662], ARTICLE V, SECTION 57 (JAMES C. HARKIN)